UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS

| | | |
|---|---|---|
| **Chidiebere Nwaubani** | ) | |
| (Plaintiff) | ) | |
| | ) | |
| | ) | **Civil Action Number** |
| v. | ) | **1:13-CV-12552-JLT** |
| | ) | |
| **Divina Grossman**, in her official capacity as | ) | |
| Chancellor, University of Massachusetts Dartmouth | ) | |
| and in her individual capacity; | ) | |
| **Henry Thomas III**, in his official capacity as | ) | |
| Chairman, University of Massachusetts Board | ) | |
| of Trustees and in his individual capacity; | ) | |
| **Robert Caret**, in his individual capacity | ) | |
| **Andrew Darling**, in his individual capacity | ) | |
| **Peggy Dias**, in her individual capacity | ) | |
| **John Farrington**, in his individual capacity | ) | |
| **Alex Fowler**, in his individual capacity | ) | |
| **Anthony Garro**, in his individual capacity | ) | |
| **James Griffith**, in his individual capacity | ) | |
| **Carolyn Hamel**, in her individual capacity | ) | |
| **William Hogan**, in his individual capacity | ) | |
| **Mohammad Karim**, in his individual capacity | ) | |
| **Jean MacCormack**, in her individual capacity | ) | |
| **Deborah Majewski**, in her individual capacity | ) | |
| **Donna Massano**, sued in her individual capacity | ) | |
| **Jeannette Riley**, in her individual capacity | ) | |
| **Carol Santos**, in her individual capacity | ) | |
| **Mark Santow**, in his individual capacity | ) | |
| (Defendants) | ) | |

-------------------------------------------------------------

## NOTICE OF APPEAL

Notice is hereby given that Chidiebere Nwaubani, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from an order of the United States District Court for the District of Massachusetts entered on October 30, 2014, denying a request to reconsider an earlier order refusing a preliminary injunction entered on June 11, 2014.

Respectfully submitted this 28th day of November, 2014 by;

/s/ Eric Nwaubani
Eric Nwaubani (Admitted pro hac vice.)
Plaintiff's Counsel
(DC #: 1011827; New York Bar #: 4421152)
1629 K Street, NW #300
Washington DC 20006
Telephone: (202) 446 8050
Email: ennwaubani@yahoo.com

## Certificate of Service

I, Eric Nwaubani, counsel for the Plaintiff hereby certify that a true copy of the above document was transmitted through the CM/ECF electronic filing system of the United Staes District Court, to Denise Barton.

/s/ Eric Nwaubani
Eric Nwaubani